AO 442 (Rev 11/11) Arrest Warrant

1250109

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
KENNETH DAWSON,
also known as "Roc,"

Defendant

Case: 1:24-cr-00559
Assigned To : Moss, Randolph D.
Assign. Date : 12/10/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     KENNETH DAWSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC §§ 841(a)(1) and 841(b)(1)(B)(iv) - Unlawful Distribution of 100 Grams or More of Phencyclidine;
21 USC §§ 841(a)(1) and 841(b)(1)(C) - Unlawful Distribution of Fentanyl

FORFEITURE: 21 USC § 853(a) and (p); 28 USC § 2461(c)

Date:   12/10/2024

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

Matthew J Sharbaugh, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/11/24, and the person was arrested on *(date)* 12/13/24
at *(city and state)* Washington DC

Date: 12/11/24

*Arresting officer's signature*

Gail Suey Dvsm
*Printed name and title*